UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-20487-CIV-MARTINEZ

PARY AL ZAHAWI,

    Plaintiff,

v.

HEIRESS BEVERLY HILLS, LLC,

    Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, (ECF No. 4). It is hereby:

**ORDERED and ADJUDGED** that this action is **DISMISSED with prejudice**. This case is **CLOSED**, and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of April, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record